UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BRADY,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　Respondent. | NO. SACV 11-370-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that judgment be entered denying the petition and dismissing this action with prejudice.

DATED: August 29, 2013

　　　　　　　　　　　　　　　　　　　　　　／s／ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　United States District Judge