UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BRADY,<br><br>  Petitioner,<br><br>  v.<br><br>GARY SWARTHOUT, Warden,<br><br>  Respondent. | No. SACV 11-370-MWF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 29, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge